**Lino Fermin MEDINA, Petitioner,**

**v.**

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 08–70790.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 22, 2008.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

**330**

Lino Fermin Medina, pro se.

OIL, David V. Bernal, Liza S. Murcia, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order affirming the denial of petitioner's application for cancellation of removal.

The BIA affirmed the Immigration Judge's finding that petitioner was ineligible for cancellation of removal because his conviction under California Penal Code § 273.5(a) was for a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i).

■ Petitioner does not dispute that he has been convicted under California Penal Code § 273.5(a) for willful infliction of corporal injury on a spouse or cohabitant, or that his conviction constitutes a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i). Accordingly, respondent's unopposed motion for summary disposition is granted with respect to the denial of cancellation of removal because the questions raised by this petition for review are so insubstantial as not to require further argument. *See Gonzalez–Gonzalez v. Ashcroft*, 390 F.3d 649, 652 (9th Cir.2004); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

■ Respondent's unopposed motion to dismiss is granted with respect to the denial of voluntary departure because we lack jurisdiction to review the discretionary denial of that form of relief. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Tovar–Landin v. Ashcroft*, 361 F.3d 1164, 1166 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**